UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE WORLD TRADE CENTER                          21MC103(AKH)
LOWER MANHATTAN DISASTER
SITE LITIGATION

LUIS ROMAN,                                       07CV10836(AKH)

                              Plaintiff(s),       **NOTICE OF APPEARANCE**

              -against-

80 LAFAYETTE ASSOCIATES  LLC, et al.,

                              Defendants.

     **PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance as counsel for Defendants **MAYORE ESTATES LLC, 80 LAFAYETTE ASSOCIATES LLC, MAYORE ESTATES LLC, and 80 LAFAYETTE ASSOCIATION LLC, AS TENANTS IN COMMON ("MAYORE ESTATES/80 LAFAYETTE") for the building located at 22 Cortlandt Street (Subcellar Floors 1, 2, 3 and Floors 1, 2, 3), New York, New York 10007**, in the above-captioned action and all future correspondence and papers filed or serviced in connection with the above-captioned action are to be directed to the undersigned.

Dated:     New York, New York
           August 10, 2008

                              Yours etc.,

                              HARRIS BEACH PLLC
                              *Attorneys for Defendant*
                              **MAYORE ESTATES LLC, 80
                              LAFAYETTE ASSOCIATES LLC,
                              MAYORE ESTATES LLC, and 80
                              LAFAYETTE ASSOCIATION LLC, AS
                              TENANTS IN COMMON**

                              _____/s/_____
                              Stanley Goos, Esq. (SG-7062)

100 Wall Street
New York, NY  10005
212 687-0100
212 687-0659 (Fax)

## <u>CERTIFICATION AS TO SERVICE</u>

The undersigned certifies that on August 10, 2008, I caused to be filed and served

the following document electronically via the Court's ECF system upon the parties:

1.    Notice of Appearance (of Defendants Mayore Estates LLC, 80 Lafayette
      Associates LLC, Mayore Estates LLC, and 80 Lafayette Association LLC, As
      Tenants in Common.

Dated: August 10, 2008


                                        _____/s/_____
                                        Stanley Goos, Esq. (SG 7062)