UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE WORLD TRADE CENTER  21MC103(AKH)
LOWER MANHATTAN DISASTER
SITE LITIGATION

LUIS ROMAN,  07CV10836(AKH)

                        Plaintiff(s),   **NOTICE OF APPEARANCE**

      -against-

80 LAFAYETTE ASSOCIATES LLC, et al.,

                        Defendants.

**PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance as counsel for Defendants **CENTURY 21, INC** and **BLUE MILLENNIUM REALTY LLC** in the above-captioned action and all future correspondence and papers filed or serviced in connection with the above-captioned action are to be directed to the undersigned.

Dated: New York, New York
         August 10, 2008

                                    Yours etc.,

                                    HARRIS BEACH PLLC
                                    *Attorneys for Defendant*
                                    **CENTURY 21, INC., BLUE**
                                    **MILLENNIUM REALTY LLC**

                                    _____/s/_____
                                    Stanley Goos, Esq. (SG-7062)
                                    100 Wall Street
                                    New York, NY 10005
                                    212 687-0100
                                    212 687-0659 (Fax)

## CERTIFICATION AS TO SERVICE

The undersigned certifies that on August 10, 2008, I caused to be filed and served the following document electronically via the Court's ECF system upon the parties:

1.   Century 21, Inc. and Blue Millennium's Notice of Appearance

Dated: August 10, 2008

/s/
Stanley Goos, Esq. (SG 7062)
